IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JERROD LOUIS COPELAND, | * |
| Plaintiff, | * |
| v. | Case No. 1:24-CV-143-ALS |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 4, 2025 and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 5th day of March, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk